

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     RSL Funding, LLC v. Gregory S. Everett, The Prudential Insurance
                         Company of America and PRUCO Assignment Corporation

Appellate case number:   01-11-01070-CV

Trial court case number: 0941386A

Trial court:             11th District Court of Harris County

    The above-referenced appeal is stayed due to bankruptcy. *See* 11 U.S.C. § 362(a) (2011) (automatic stay in bankruptcy). Accordingly, the appeal is suspended. *See* TEX. R. APP. P. 8.1, 8.2 (state rule independently suspending appeal affected by bankruptcy stay). The Court will take no further action in the appeal other than to receive and hold with the other papers in the appeal any documents tendered during the period of suspension. A document filed by a party while the appeal is suspended will be deemed filed on the same day, but after, the Court reinstates or severs the appeal and will not be considered ineffective because it was filed while the appeal was suspended. TEX. R. APP. P. 8.2.

    Unless a party successfully moves for reinstatement or severance, the Court will show the appeal as an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3. The parties should notify the Court as soon as the bankruptcy stay is no longer in effect. *See* 11 U.S.C. § 362(c). A request to lift the bankruptcy stay must be directed to the bankruptcy court. *See* 11 U.S.C. § 362(d)–(g).

    It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                    ☑ Acting individually     ☐ Acting for the Court

Date: November 16, 2012